3/4/87

I want to thank Dr. Cooperman for accepting medicare, so I was able to have my eye Implants I had one done six days ago and now I'm having the second operation a week later. I had cataract surgery done ten years ago. I have been waiting ten years to have eye Implants Dr. Cooperman and his staff have a well organized system, they were very courteous and efficient. I also want to thank you for the transportation of picking me up and returning me home on the day of surgery. Thank you for allowing me not to have to wear contact lens. In the period of the ten year period I have lost many lens, and had a number of Infections

Sincerely Yours
William Sasner

197.

Exhibit E to Memorandum
(Exhibit 1 to Exhibit E)

Dear Dr. Cooperman,

When I finally decided to have my eyes operated upon, the only decision was finding a physician that I would feel comfortable with and also someone I could trust. Well, from my first visit it was certainly everything I expected. Your temperament and pleasant attitude put me completely at ease and I felt so confident in your care.

Your unselfish attitude of accepting medicare assignments as payment is truly a Godsend to the elderly senior citizens of this community. Because of the high costs of good medical care, most of my peers just decide to not have the attention and care they need.

I am now and forever will be eternally grateful for the excellence of your care and concern for me. Please accept this letter as an expression of my sincere gratitude and heartfelt thanks for someone so gracious and kind as yourself.

Sincerely thanking you,
Anderson E. Smith

198.     Exhibit E to Memorandum
         (Exhibit 2 to Exhibit E)

Dear Mr. Cochran —

This is the only way I know how to thank you really. The words you have given me but all have been close on my life by giving my sight again, believing it is impossible to have the cataract on the right eye — cannot help with the eye doctor in the state will not only believe me, you are helping to help the one special the way you really cooperate pretty hard on the things that you really cooperated pretty hard on the way you really cooperated, because you will. Just a few very important to you. Few because you will

short lines to bring you a
A special thanks
for everything!

helpful and pride in ourselves and keep our

true new best we can be. # Keep our
minds and heart.

I hope you won't mind but I have a few things I am going to tell everyone I have shown your our wonderful letter has meant and will. I know my own family are going to be seeing you very soon and will tell like to thank you staff at the hospital did to show you and yours,

Love,
Marguerite F. Logan

**MICHAEL E. KIMMEL**
BUSINESS RESEARCH CONSULTANT
P.O. BOX 157
SAN GABRIEL, CA. 91778

10 September 1986

Dr. Steven G. Cooperman
Cooperman Eye Center
435 North Roxbury Dr.
Suite 405
Beverly Hills, Ca. 90210

Dear Steve:

I don't want this to sound like melodramatic claptrap, but I had to communicate what happened to me this evening while sitting at my desk.

This afternoon I picked up my glasses with the new prescription you gave and low and behold, I could actually see the face of the pretty young lady that was assisting me!

When I got home late this evening, I sat down to read my correspondance and after about two hours of this and other work, I realized that I was actually crying! When I stopped to analyze what was going on, I realized that I was able to read (my favorite occupation) without any difficulty...as a matter of fact with ease, relaxed and not tired from the effort.

This last year and one-half was pure Hell for me...I just didn't realize how difficult it had been. My tears were tears of joy and I felt that I had to share them with you.

Thank you!

Vaya con Dios,

*Mike*

Michael E. Kimmel

P.S. I have not cried in twenty years!

MEK

Exhibit E to Memorandum
(Exhibit 4 to Exhibit E)

200.

**Raymond T. McHugh**
311 TAMMY WAY
NAPA, CA 94558

January 5, 1987

Steven G. Cooperman, M.D.
Cooperman Eye Center
435 North Roxbury Drive, Suite 405
Beverly Hills, CA 90210

Dear Dr. Cooperman:

Just a brief note to express my gratitude for the wonderful care you have given me and a short progress report.

My left eye, which you rescued from probable blindness by removal of the previously implanted (by another surgeon) and defective lens and the re-introduction of a lens of your own preference has resulted in a complete elimination of the inflammatory reaction and diminishing sight problems that I had been encountering. I am now symptom-free, off ophthalmic medications, have had my drivers license renewed for another four years and only wish to God I had gone to you in the first place!

In closing I would like to thank you also for your kindness, your consideration for one's economic welfare and for the wonderful skills that you offer, accordingly, to so many. You are a <u>true</u> credit to the profession of medicine.

May this and other years bring you the success that you so richly deserve.

Sincerely,

Ray McHugh

**Exhibit E to Memorandum**
**(Exhibit 5 to Exhibit E)**

Beverly Hills, CA
March 9, 1987

Dear Dr. Cooperman

My gratitude for this opportunity to express my appreciation to you and your staff of assistants for the services you gave me in gaining the sight of my right eye again.

The deep feeling and concern you conveyed to me gave me great confidence in your skills and claims. Everything went well in your procedure from the operation itself, as well as the follow-thru. May your success continue. Again, I thank you.

Sincerely,

Edmund Bittke

June 12, 1989

Dear Steve,

you will be so missed!

I think all of your patients would join me in saying you are not just a superb ophthalmologist but such a kind, caring, compassionate human being.

Please know that I wish you all the good luck you so richly deserve.

affectionately,
Sybil Aznauer

6-10-89

Dear Dr. Coopermon:

I am very sad you are not coming back to your office. For fifteen years you took good care of both of us, and become our friend.

I want to express my gratitude for everything you have done for us. It would make me very happy to hear from you.

My best wishes for your health go with this letter, greetings and love for you and your family.

Rosa Brown.

Dear Dr. Steven Chapman,

In the past 15 years I have been to many ophthalmologists recommended to me by co-workers. "Nothing can be done!" was the one theme they all sang. I gave up ever being able to see with that right eye.

Then I got lucky. I met Steven G. Chapman. He said "let's get the cataract off first, and then we'll see what can be done." Well, that did it! That eye is now terrific.

Subsequently, Dr. Chapman removed the cataract from the left eye, and all I can now say is —

(over)

POLY.
#PV1

K&M Company
TORRANCE, CA 90503

Exhibit E to Memorandum
(Exhibit 9 to Exhibit E)

Steven Cooperman & I are glad I met you! Sincerely, Marion Hanley

206.

The trouble with my eye became more intense when I reached my sixties and seventies but deep, This time not only the headaches to contend with, but also with dizziness and vomiting. The last eye doctor I went to for relief told I had cataract on my right eye and was not ready yet and needed to some the following year. As I am among the many senior citizens living on welfare and cannot afford the operation and hospitalization of Canada, I contented myself with praying to almighty God to help me find a solution to my problem. One night in January of this year, while I was watching T.V., I saw and heard a man raising to teach heaven on old Seven of Government ad helped many with their problems. The following morning on a more keen scanning of the newspaper, I thought that maybe my condition might be helped too get full of for Customer to Customer examiner and buy their page write up about Dr. Cochrane, his Government eye center. I really like immediately to meet this clinic and set up an appointment for my eye examination by the doctor, when the appointed date arrived, was ushered in by the lady clerk to a room where I met a very courteous and amiable man. He examined my eyes thoroughly and told me that my sight

207.                                    Exhibit E to Memorandum
                                        (Exhibit 10 to Exhibit E)

on Feb. 18 and the left eye on Feb. 25 — two days after my 77th birthday. I felt no pain during and after operation. No side effects were felt during post operative treatment as well as during the removal of the stitches on the operated eyes. Now 2 months I can read printed materials and write again to relatives and friends. At last I can say I have conquered my cataract.

I attribute this, first to Almighty God, and second to Dr. Steven G. Cooperman. Congratulation Dr. Cooperman for a job well done thank you.

Leonora Torres Carreon